**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Scott and Briana Scott, husband and wife, ) | No. CV-09-0875-PHX-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| City of Phoenix, a body politic; and Randy Spenla, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ———————————————————— ) | |

The Court having received and reviewed the parties' stipulation (Doc. 63),

**IT IS HEREBY ORDERED** extending Plaintiff's time to file his response in opposition to the motion for summary judgment to May 6, 2011.

**IT IS FURTHER ORDERED** that Defendants' shall be permitted to file a reply in support of their motion for summary judgment on or before May 23, 2011.

DATED this 5th day of May, 2011.

_____
James A. Teilborg
United States District Judge