**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Scott and Briana Scott, husband and wife,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, a body politic; and Randy Spenla,<br><br>　　　　Defendants. | No. CV-09-0875-PHX-JAT<br><br>**ORDER** |

The Court having received and reviewed the parties' stipulation (Doc. 65),

**IT IS HEREBY ORDERED** extending Plaintiff's time to file his response in opposition to the motion for summary judgment to May 10, 2011.

**IT IS FURTHER ORDERED** that Defendants' reply in support of their motion for summary judgment shall be filed no later than 15 days after Plaintiff's response is filed.

DATED this 5th day of May, 2011.

James A. Teilborg
United States District Judge